UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81446-CV-MIDDLEBROOKS

MARY MCLEAN, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

LATIN CONSULTING INC.
D/B/A PAK MAIL OF WELLINGTON,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice, filed on April 2, 2019. (DE 17). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE.**

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

(3) Pursuant to the Parties' request, this Court reserves jurisdiction to enforce their settlement agreement. Jurisdiction will be reserved for a period of six months.

**SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of April, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record